■ LENORE V. BEAUMONT v. JEAN BEAUMONT.— Motion to bring in movant, Twenty-Two Eleven, Inc., as a party defendant-respondent denied in all respects, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of 651 WEST 188TH ST. et al., against TEMPORARY STATE HOUSING RENT COMMISSION et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 26, 1960, with notice of argument for the June 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WALTER GARRETT.— Enlargement of time granted. Concur — Botein, P. J., Rabin, Valente, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. OLIVER ROBINSON.— Enlargement of time granted. Concur — Botein, P. J., Rabin, Valente, McNally and Bergan, JJ.

■ SYDNEY SNITOW et al., v. NELSON C. DUKES et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before April 14, 1960, with notice of argument for April 26, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

## (April 6, 1960)

■ MARGIE SMITTLE v. ELBERT E. SMITTLE.— Motion for stay dismissed as the order from which the appeal was taken is not appealable. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

## (April 7, 1960)

■ In the Matter of the Estate of ESTELLE ALEXANDER, Deceased. MARIENNE WEISS; JOE ALEXANDER et al.— Motion to dismiss appeals granted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ HILDA HERNANDEZ et al. v. RAYMOND F. SERRANO et al. HERMAN W. BERNSTEIN, Appellant.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ MAGGIE POLITE v. IRVING BURRES.— Motion for leave to prosecute as a poor person denied, with leave, however, to renew upon an adequate showing of merit to the appeal, the claimed errors in the trial and the background of the litigation. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ MAX J. LE BOYER v. BENJAMIN MARGOLIS et al.— Motion granted and the County Clerk of New York County is directed to refile the notice of appeal, heretofore filed in his office on January 26, 1960, *nunc pro tunc* as of December 31, 1959. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ GRAPHIRE CORPORATION v. REVLON PRODUCTS CORP. et al.— Motion to consolidate appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.